# Court of Appeals
# of the State of Georgia

ATLANTA, May 25, 2022

*The Court of Appeals hereby passes the following order:*

## A22I0191. CHRISTOPHER LONG v. EBONIE BUTLER.

Christopher Long and Ebonie Butler were divorced in 2020. As part of their settlement agreement, they shared custody of their two minor children. In 2021, Butler filed a petition for modification of custody and support, and on April 22, 2022, the trial court entered a temporary order modifying Long's parenting time, designating him the non-custodial parent, and ordering him to pay child support. Long obtained a certificate of immediate review and filed this timely application for interlocutory appeal.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable, including interlocutory custody orders. See *Lacy v. Lacy*, 320 Ga. App. 739, 742 (3) (740 SE2d 695) (2013). Because the trial court's April 22 order modifies custody, it is subject to direct appeal.

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004). Accordingly, Long's application for interlocutory appeal is hereby

GRANTED. He shall have ten days from the date of this order to file a notice of appeal if he has not already done so. The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  05/25/2022*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*